**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-6967

JAMES D. WILKES,

                Plaintiff - Appellant,

        v.

DR. INERIO ALARCON; UNITED STATES BUREAU OF PRISONS,

                Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg.   Irene M. Keeley,
District Judge.  (1:11-cv-00131-IMK-JSK)

Submitted:  November 21, 2013        Decided:  December 9, 2013

Before NIEMEYER, MOTZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James D. Wilkes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James D. Wilkes appeals the district court's order adopting as modified the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915A(b) (2012) his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Wilkes v. Alarcon, No. 1:11-cv-00131-IMK-JSK (N.D. W. Va. May 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED